UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HECTOR A. DEMONTALVO,

    Petitioner,

v.                                                    Case No. 3:20-cv-5948-MCR/MJF

RICKY D. DIXON

    Respondent.

_____/

**ORDER**

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 13, 2022. ECF No. 15. The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a de novo determination of those portions to which an objection was made.

    Having considered the Report and Recommendation and all objections thereto timely filed, the Court concludes that the Report and Recommendation should be adopted.

    Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 15, is adopted and incorporated by reference in this Order.

2. The petition for writ of habeas corpus, ECF No. 1, challenging the judgment of conviction and sentence in *State of Florida v. Hector Adolfo DeMontalvo*, Escambia County Circuit Court Case No. 2014-CF-3813, is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The Clerk of Court is directed to close the file.

**DONE AND ORDERED** this 19th day of July 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**